**COMMONWEALTH of Pennsylvania,
Respondent,**

v.

**Bradley A. MARTIN, Petitioner.**

Supreme Court of Pennsylvania.

March 24, 2000.

### ORDER

PER CURIAM:

AND NOW, this 24th day of March 2000, Petitioner's petition for reconsideration is granted and this Court's order of March 13, 2000 is vacated. Petitioner shall have twenty (20) days from the date of this order to file an amended counseled PCRA petition in the Lebanon County Court of Common Pleas.

It is further ordered that petitioner's execution shall be stayed pending review of the amended PCRA petition.

**Joseph W. CALDWELL, Appellee,**

v.

**PENNSYLVANIA DEPARTMENT OF
CORRECTIONS, Appellant.**

Supreme Court of Pennsylvania.

March 28, 2000.

### ORDER

PER CURIAM:

AND NOW, this 28th day of March, 2000, the fine levied by the Commonwealth Court is reduced to $5,000. In all other respects, the order dated April 15, 1999 is AFFIRMED.

**Debra Gail BOLTERSDORF and
William Boltersdorf,
Petitioners,**

v.

**Mark McKENNA and Judith A.
Bowman, Respondents.**

Supreme Court of Pennsylvania.

March 31, 2000.

### ORDER

PER CURIAM:

AND NOW, this 31st day of March, 2000, the Petition for Allowance of Appeal is hereby **GRANTED** and the Order of the Superior Court is **REVERSED**. The matter is **REMANDED** to the Court of Common Pleas for proceedings consistent with *Washington v. Baxter*, 553 Pa. 434, 719 A.2d 733 (1998).

Jurisdiction is relinquished.